UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | 1:21-cr-38 |
| ) | |
| RICHARD BARNETT ) | |
| _____) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING AND DEADLINE FOR SENTENCING MEMORANDUM

TO THE HONORABLE COURT:

Defendant, Richard Barnett, by and through counsel, hereby moves this Honorable Court to grant a continuance for the sentencing hearing set for May 3, 2023, and to extend the deadline for the Defendant to submit a sentencing memorandum currently due on or before April 26, 2023. The primary reason for the continuance is the issuing of a 107-page decision recently issued by the United States Court of Appeals For the District of Columbia in the January 6 case styled *United States v. Fischer,* Case No. 22-3038, addressing the question of "whether individuals who allegedly assaulted law enforcement officers while participating in the capital riot can be charged with corruptly obstructing, influencing, or impeding an official proceeding, in violation of 18 U.S.C. 1512(c)(2)." The decision raises new issues that directly and specifically impact Mr. Barnett's case, and Mr. Barnett respectfully asks this Court for a reasonable amount of time to properly review and analyze the complicated decision, to decide if a supplement to his pending Rule 29 or Rule 33 motions is appropriate, and if so, to brief a supplement. The D.C. Opinion has prompted a spirited debate on the list serve, hosted by the Federal Public Defender, with over 50 emails laden with argument and content with a wide range of opinions still being debated and argued.

This Court has already noted in a minute order that a continuance may be necessary while the Rule 29 and Rule 33 motions are pending.  A continuance will not prejudice the defendant as he is not incarcerated, and it will not prejudice the government.

For the Court's information, Mr. Geyer has a sentencing on May 26, 2023 and hopes to be on a prior scheduled family vacation to the West Coast from June 5 to June 13, 2023

Dated:  April 10, 2023

RESPECTFULLY SUBMITTED
RICHARD BARNETT, *By Counsels*

/s/ Jonathan Gross
Jonathan Gross
Bar ID: MD0162
THE CLEVENGER FIRM
2844 Smith Ave, suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
**Brad@FormerFedsGroup.Com**
(856) 607-5708

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

                              /s/ Brad Geyer
                              Bradford L. Geyer, PHV
                              PA 62998
                              NJ 022751991
                              Suite 141 Route 130 S., Suite 303
                              Cinnaminson, NJ 08077
                              Brad@FormerFedsGroup.Com
                              (856) 607-5708